JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS MARTINEZ,<br><br>　　　　　Petitioner,<br><br>　　　vs.<br><br>KIMBERLY A. SEIBEL,<br>ACTING WARDEN,<br><br>　　　　　Respondent. | Case No. EDCV 15-00270-DMG (DTB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that petitioner's *Ex Post Facto* claim is dismissed without prejudice and petitioner's remaining claim is dismissed with prejudice.

DATED: March 3, 2016

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE